# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 2, 2011

140938

PATRICIA BARACHKOV, CAROL DIEHL,
and NANCY ENGLAR,
    Plaintiffs-Appellants,

v

41-B DISTRICT COURT and CHIEF JUDGE
LINDA DAVIS,
    Defendants-Appellees.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 140938
COA: 284197
Macomb CC: 06-004856-CZ

  On order of the Court, the application for leave to appeal the December 29, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 2, 2011

*Corbin R. Davis*

Clerk

0126